**JUDGE STEIN**

07 CV 6222 /PRESKA/ /PART I/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARGONAUT INSURANCE COMPANY,   :   Docket No.:
:
        Petitioner,   :
:
        v.   :
:
GLOBAL REINSURANCE CORPORATION -   :   ORDER TO SEAL
U.S. BRANCH,   :
:   
        Respondent.   :
:

---

    Upon the application of respondent GLOBAL Reinsurance Corporation, - U.S. Branch, by its attorneys, Budd Larner, P.C., for an order sealing the file in this matter and the Court having considered the papers filed, and for good cause shown,

    IT IS on this 5th day of July 2007;

    ORDERED that the file in this matter be and hereby is sealed.

                                      _Loretta A. Preska_
                                    UNITED STATES DISTRICT JUDGE

/PART I/

645480.w