UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN THE MATTER OF THE ARBITRATION  :
BETWEEN                                                      :        07 Civ. 6222 (SHS)
                                                                          :
ARGONAUT INSURANCE COMPANY,          :        ORDER
                                                                          :
                            Petitioner,                    :
                                                                          :
            -against-                                            :
                                                                          :
GLOBAL REINSURANCE CORPORATION  :
– U.S. BRANCH,                                          :
                                                                          :
                            Respondent.                :
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      By order dated July 7, 2008, this Court directed the parties to show cause why the court file in this action should not be unsealed. In a letter dated July 10, 2008, petitioner Argonaut Insurance Company wrote that it does not oppose unsealing the court file. In motion papers filed that same day, respondent Global Reinsurance Corporation – U.S. Branch wrote that it does not oppose unsealing the court file with the exception of transcripts from the underlying arbitration, which had been submitted as exhibits to various motions. The arbitration proceedings are subject to a confidentiality agreement. Petitioner does not oppose respondent's request to keep these transcripts under seal.

      Accordingly, the Clerk of Court is directed to unseal the court file, except for the following, which shall remain under seal: (1) Exhibit 6 to the Affidavit of Christopher Hollender dated June 15, 2007; (2) the portion of Exhibit C to respondent's Notice of Removal that is designated "Exhibit 6"; (3) Exhibit D to respondent's Verified

1

Answer/Verified Counter-Petition; and (4) Exhibit B to the Declaration of Jeffrey S. Leonard dated July 23, 2008.

Dated: New York, New York
      July 18, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2