# Exhibit B

Case 1:07-cv-06222-SHS    Document 24-5    Filed 07/18/2008    Page 1 of 4

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

At I.A.S. Part 49 of the Supreme Court of the State of New York, held in and for the County of New York, at the County Court House, on the 19 day of June, 2007

Present:

Hon. _____
                    Justice

---

ARGONAUT INSURANCE COMPANY )
                           )
         Petitioner,       )
                           )
vs.                        )   Index No.: 602016/2007
                           )
GLOBAL REINSURANCE         )
CORPORATION – U.S. BRANCH  )   **ORDER TO SHOW CAUSE**
                           )
         Respondent        )   **MOTION SEQUENCE # 001**
                           )

Upon the reading and filing of the annexed Petition to Confirm the Arbitral Award and the exhibits attached thereto, the supporting affidavit of Christopher Hollender dated May 16, 2007 and exhibits attached thereto, the affirmation of Thomas E. Brennan dated June 18, 2007, the Panel Confidentiality Order dated March 29, 2006, the affidavit of Christopher Hollendar dated June 15, 2007, the Memorandum of Law in Support of Motion to Stay Arbitration or for Alternative Relief dated June 18, 2007 and all other pleadings and prior proceedings herein, it is hereby

ORDERED that the Respondent Global Reinsurance Corporation – U.S. Branch show cause before this Court at IAS Part 49, Room 232 thereof, at the Courthouse located at 60 Centre Street, New York, New York, on the 16 day of July, 2007 at 2:00 PM, or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to § 7510 of the Civil Practice Law and



Rules confirming the arbitration award dated January 10, 2007 and granting such other relief the court deems just and proper; and further

ORDERED that the Respondent Global Reinsurance Corporation – U.S. Branch show cause before this Court at IAS Part 49, Room 232 thereof, at the Courthouse located at 60 Centre Street, New York, New York, on the 16 day of July, 2007 at 2:00 PM, or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to Rule 216.1 of the Uniform Rules sealing all pleadings and papers filed or to be filed with the Court in the instant proceeding and restricting access to the Court file to the parties, counsel and court personnel and granting such other and further relief as the Court may deem just and proper; and it is further

ORDERED that the County Clerk is hereby directed to restrict all pleadings and papers filed or to be filed with the Court in the instant action and to restrict access to the Court file to the parties, counsel and court personnel pending hearing on the motion for a permanent sealing order; and it is further

He
JSC

ORDERED that the Respondent Global Reinsurance Corporation – U.S. Branch show cause before this Court at IAS Part 49, Room 232 thereof, at the Courthouse located at 60 Centre Street, New York, New York, on the 16 day of July, 2007 at 2:00 PM, or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to § 7503 (b) of the Civil Practice Law and Rules staying the pending arbitration between the parties and/or granting alternative relief; and it is further

ORDERED that, sufficient reason appearing therefore, let service of a copy of this Order, together with the papers upon which it is granted, upon the Respondent on or before the _19_ day of _June_, 2007 shall be deemed good and sufficient service.

ORDERED, that opposition papers, if any, shall be served on the __Movant__ on or before __July 9, 2007__.

ENTER

_/s/ Alvin Cole_

J.S.C.

1002331_1.DOC

**ORAL ARGUMENT DIRECTED**

J.S.C.