# Exhibit C
# Part 4

GLOBAL REINSURANCE CORPORATION - U.S. BRANCH
1345 SIXTH AVENUE, 20th FLOOR
New York N.Y.10105 TELPHONE (212) 754-7500

STATEMENT OF ACCOUNT

| Re: Contract Description: | 4158 | FACULTATIVE CASUALTY QUOTA SHARE | |
|---|---|---|---|
| Accounting Period: | HOME INS. | May 15, 2007 | Underwriting Year | 1963 - 1970 |

[To: **ARGONAUT INSURANCE CO.**
123 N. WACKER DRIVE, SUITE 2210
CHICAGO, IL 60606

Date Prepared:  May 15, 2007

| CURRENCY: U.S. $ | DEBIT | CREDIT |
|---|---|---|
| Portfolio Entry/Withdrawal | | |
| Commission on Portfolio Entry/Withdrawal | | |
| Loss Reserve Entry/Withdrawal | | |
| Premiums Written | | |
| Commission @ | | |
| Overriding Commission @ | | |
| Losses | 117,355.00 | |
| Adjustment Expenses | 2,404.23 | |
| Federal Excise Tax | | |
| Premium Reserve Deposit | | |
| Loss Reserve Deposit | | |
| Interest on Deposit | | |
| Balance Due        (O U R   F A V O R) | | 119,759.23 |
| | $119,759.23 | $119,759.23 |

| | | | |
|---|---|---|---|
| Unearned Premium End of Period ..... | 0.00 | Includes | |
| Outstanding Losses End of Period ... | 237,471.28 | ($ | 0.00 IBNR) |
| Total Deposit as of ................. | $237,471.28 | ($ | 0.00 ACR ) |

Please send inquiries t Joan Burke
Retro Account Analyst
Direct # : (212) 821-0490
Fax # : (212) 821-0459

and/or:   Rina Sorey - Assistant Vice President

GERLING GLOBAL REINSURANCE CORP. U.S. BRANCH
4150
FACULTATIVE CASUALTY QUOTA SHARE

Home Ins. Co. -    May 15, 2007

|  |  |  | 100% |
|---|---|---|---|
| **LOSSES** |  |  |  |
|  | 1963 |  | 562,050.80 |
|  | 1964 |  | 555,745.80 |
|  | 1965 |  | 275,000.00 |
|  | 1966 | 1-6/66 | 0.00 |
|  | 1966 | 7-12/66 | 0.00 |
|  | 1967 |  | 0.00 |
|  | 1968 |  | 0.00 |
|  | 1969 | 1-6/69 | 0.00 |
|  | 1969 | 7-12/69 | 0.00 |
|  | 1970 |  | 0.00 |
|  |  |  | 1,392,796.60 |
| **EXPENSES** |  |  |  |
|  | 1963 |  | 0.00 |
|  | 1964 |  | 0.00 |
|  | 1965 |  | 118,587.04 |
|  | 1966 | 1-6/66 | 0.00 |
|  | 1966 | 7-12/66 | 0.00 |
|  | 1967 |  | 0.00 |
|  | 1968 |  | 0.00 |
|  | 1969 | 1-6/69 | 0.00 |
|  | 1969 | 7-12/69 | 0.00 |
|  | 1970 |  | 0.00 |
|  |  |  | 118,587.04 |
| **OUTSTANDING LOSSES** |  |  |  |
|  | 1963 |  | 0 R |
|  |  |  | 0 A |
|  | 1964 |  | 186,789 R |
|  |  |  | 0 A |
|  | 1965 |  | 4,561,654 R |
|  |  |  | 0 A |
|  | 1966 | 1-6/66 | 0 R |
|  |  |  | 0 A |
|  |  | 7-12/66 | 0 R |
|  |  |  | 0 A |
|  | 1967 |  | 0 R |
|  |  |  | 0 A |
|  | 1968 |  | 0 R |
|  |  |  | 0 A |
|  | 1969 | 1-6/69 | 0 R |
|  |  |  | 0 A |
|  |  | 7-12/69 | 0 R |
|  |  |  | 0 A |
|  | 1970 |  | 0 R |
|  |  |  | 0 A |
|  | **TOTAL** |  | 4,748,442 |
|  | RCR |  | 4,748,442 |
|  | ACR |  | 0 |
|  | TOTAL |  | 4,748,442 |

5/14/2007 2:24 PM

## FACULTATIVE CASUALTY QUOTA SHARE TREATY

### HOME INSURANCE COMPANY

| Ceding Company | Insured | Certificate | Date of Loss | Claim | GLOBAL Loss this period | GLOBAL Exp this period | GLOBAL share of O/S Loss | GLOBAL share of O/S Exp | Argo Loss Bill Expense Bill | Argo | Argo Reserve Cut off (w/a) | Proration Cut off (w/a) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOME INSURANCE | ARMOUR & CO AS | 7106519 | 07/21/1984 | 16069 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1 |
| HOME INSURANCE | ARMOUR & CO AS | 7106519 | 07/21/1985 | 16070 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 184/36E |
| HOME INSURANCE | AMERICAN BRAKE AS | 7106838 | 08/01/1985 | 00143 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 0.00 | 0.00 | 83,835.62 | 153/36E |
| HOME INSURANCE | CORNING GLASS WORKAS | 7106658 | 02/01/1985 | 18987 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 45,753.42 | 334/08E |
| HOME INSURANCE | CORNING GLASS WORKAS | 7106559 | 02/01/1985 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 334/08E |
| HOME INSURANCE | GENERAL ELECTRIC AS | 7106870 | 10/01/1985 | 16615 | 0.00 | 0.00 | 661,683.75 | 0.00 | 0.00 | 0.00 | 51,395.17 | 92/08E |
| | Total | | | | 0.00 | 0.00 | 3,061,683.75 | 0.00 | 0.00 | 0.00 | 180,984.21 | 92/08E |
| HOME INSURANCE | ANACONDA COMPANY HW | 7106879 | 10/18/1985 | 18777 | 125,000.00 | 53,903.20 | 0.00 | 0.00 | 2,534.25 | 1,092.63 | 0.00 | 74/36E |
| HOME INSURANCE | ANACONDA COMPANY HW | 7106878 | 10/19/1985 | 18776 | 83,333.33 | 35,935.47 | 0.00 | 0.00 | 1,689.50 | 728.55 | 0.00 | 74/36E |
| HOME INSURANCE | ANACONDA COMPANY HW | 7106877 | 10/18/1985 | 18557 | 66,666.67 | 28,748.37 | 0.00 | 0.00 | 1,351.60 | 582.84 | 0.00 | 74/36E |
| HOME INSURANCE | GENERAL ELECTRIC HW | 7106870 | 10/18/1985 | 18763 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 12,602.74 | 92/36E |
| HOME INSURANCE | GENERAL ELECTRIC HW | 7106870 | 10/01/1985 | 18784 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 12,602.74 | 92/36E |
| HOME INSURANCE | GENERAL ELECTRIC HW | 7106870 | 10/01/1985 | 18785 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 12,602.74 | 92/36E |
| | Total | | | | 275,000.00 | 118,587.04 | 1,500,000.00 | 0.00 | 5,575.34 | 2,404.23 | 37,808.22 | |
| HOME INSURANCE | ELI LILLY AND CO DE | 7106318 | 08/25/1983 | 16069 | 562,050.80 | 0.00 | 0.00 | 0.00 | 56,205.08 | 0.00 | 0.00 | 1 |
| HOME INSURANCE | ELI LILLY AND CO DE | 7106316 | 9/26/1984 | 15072 | 555,745.80 | 0.00 | 186,788.51 | 0.00 | 55,674.58 | 0.00 | 18,678.86 | 1 |
| | Retro 4150 Totals | | | | 1,392,796.60 | 118,587.04 | 4,748,442.28 | 0.00 | 117,355.00 | 2,404.23 | 237,471.28 | 1 |

# EXHIBIT 14



**Argonaut Insurance.**
MEMBER ARGONAUT GROUP

June 14, 2007

David Ramos
Global Reinsurance Corporation – U.S. Branch
1345 Avenue of the Americas, 20th flr.
New York, N.Y. 10105

RE:     First Surplus and Quota Share Billing Statements of 5/15/07

David:

I recently received the above-captioned. The outstanding balances shown were at issue in the completed QS arbitration. As you are aware, that Panel ruled that no coverage was owed.

Sincerely,

Donald J. Buyck

CC:     T. Hajost

**EXHIBIT 15**



## HALLORAN &SAGE LLP
ATTORNEYS AT LAW

THERESA W. HAJOST  Direct 202 263-4971  hajost@halloran-sage.com
Admitted in Maryland and Washington, DC

June 15, 2007

**<u>Via Facsimile</u>**

Jeffrey S. Leonard, Esquire
Budd Larner
150 John F. Kennedy Parkway
CN 1000
Short Hills, New Jersey  07078-0999
jleonard@budd-larner.com

Re:    In the Matter of the Arbitration Between Global Reinsurance
Corp. - U.S. Branch and Argonaut Insurance Company (First Surplus
Contract and Quota Share Contract)

Dear Mr. Leonard:

In accordance with my letter of May 14, 2007 demanding that Global replace
Richard L. White with an arbitrator appropriate to serve in this matter, and Global's
failure to do so, Argonaut is hereby appointing Ronald S. Gass as Global's party-
appointed arbitrator herein.  Mr. Gass has not been contacted regarding this
appointment.  For your convenience, I have attached a copy of Mr. Gass' ARIAS profile
and have copied him on this letter.

As noted in my letter to you of April 11, 2007, Argonaut does not consider
Global's demand to be an arbitrable matter. Argonaut continues to reserve its right to
request that a court determine whether Global's demand is in fact arbitrable.

Very truly yours,

Theresa W. Hajost

TWH/tlc

Cc:  Ronald S. Gass
     Paul C. Thomson, III

1730 Pennsylvania Ave. NW, Suite 800, Washington, D.C. 20006    202 496-9270    Fax 202 496-9279    www.halloran-sage.com
Washington, D.C. / Hartford / Middletown / Westport

ARIAS·U.S. Umpire                                                    Page 1 of 3



**Ronald S. Gass**

**ARIAS·U.S. Umpire**



IMPROVING
ARBITRATION

## Current Employment

Company: **The Gass Company, Inc.**

Position: President - Consultant providing dispute resolution services as an umpire and arbitrator to the reinsurance and insurance industry.

Address: 59 Ravenwood Drive
Weston, CT 06883-1410

Phone: 203-227-9431

Fax: 212-208-3003

Email: rgass@gassco.com

Website: **www.gassco.com**

Attorney: Yes

## Previous Employment

Company: **XL Reinsurance America Inc. (formerly NAC Reinsurance Corporation)**

Position: Vice President and Associate General Counsel - Extensive reinsurance business experience in a broad range of issues including reinsurance contract wordings and interpretation; MGA transactions and disputes; retrocessionaire collections and disputes; reinsurance arbitrations, litigation and mediation; surety reinsurance; aviation reinsurance; commutations; receiverships and rehabilitations; setoffs; and technology; and U.S. economic sanctions-related coverage disputes

Company: **American Insurance Association**

Position: Associate General Counsel and Corporate Secretary - Extensive experience in business issues and litigation involving ceded reinsurance, property and catastrophe insurance, medical professional liability insurance, and insurance antitrust law

### Years of Experience

**Insurance Company:** 2

**Reinsurance Company:** 8

**Other:**
● Arbitrator and umpire 5
● American Insurance Association 7
● Assistant Attorney General, MD 3
● Law firm 2
● Total legal experience 27

### Number of Arbitrations

As an Arbitrator: **76**

As an Umpire: **13**

As Counsel: **6**

### Completed Arbitrations (Award Issued)

As an Arbitrator: **21**

As an Umpire: **6**

### Number of Mediations

As Counsel: **2**

Company: **Medical Mutual Liability Insurance Society of Maryland**

Position: General Counsel, Assistant Vice President and Secretary - Extensive experience in occurrence and claims-made medical professional liability insurance

Company: **Office of the Maryland Attorney General**

Position: Assistant Attorney General - Administrative hearings counsel to various state health care practitioner licensure and disciplinary agencies

Company: **Venable, Baetjer and Howard**

Position: Associate - Practice concentrating in hospital and health care law

## Credentials

Education: B.A., Duke University - 1973; M.A., U. of Chicago - 1975; J.D., U. of Maryland School of Law - 1979; Mediation Workshop, Harvard Law School - Program of Instruction for Lawyers – 2004; Admitted in Connecticut and Maryland; Admitted before the U.S. District Court for the District of Maryland

## Principal Areas of Insurance/Reinsurance Experience

Extensive experience in a broad range of business issues including reinsurance contract wordings and interpretation; reinsurance collections; MGA transactions and disputes; coverage disputes involving various lines of business including property and catastrophe insurance, surety reinsurance, aviation reinsurance, general liability and medical malpractice liability insurance, technology, and U.S. economic sanctions; reinsurance arbitration, litigation and mediations; commutations; reinsurance intermediary disputes and E&O issues; receiverships and rehabilitations; and setoffs. Participated as counsel in 5 arbitrations and 2 mediations.

## Other Information

Vice-Chair of the American Bar Association Tort Trial and Insurance Practice Section's Excess, Surplus Lines and Reinsurance Committee. For publications, see my web site at www.gassco.com

### Search Keywords

**Professional Background**

- Attorney
- Legal Department
- Former Insurance Company Officer
- Former Reinsurance Company Officer

**Insurance**

- Contract Wording
- Professional Liability/Errors & Ommissions

**Reinsurance**

- Asbestos
- Aviation
- Commercial Liability
- Commercial Property
- Commutations
- Contract Wording
- Environmental/Pollution
- Excess/Surplus Lines
- Facultative
- Fidelity & Surety
- MGA/MGU
- Ocean Marine
- Personal Lines
- Product Liability
- Professional Liability/Errors & Ommissions
- Receivership
- Treaty
- Workers' Compensation

site by
Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing

## CERTIFICATION OF SERVICE

I hereby certify I caused true and correct copies of the within Notice of Removal, Motion to Seal, Declaration of Jeffrey S. Leonard dated July 5, 2007, Rule 7.1 Disclosure and Memorandum of Law to be served upon Petitioner's attorneys via Federal Express, next day delivery, on this 5th day of July 2007, as follows:

Thomas E. Brennan, Esq.
Dan E. Labelle, Esq.
Halloran & Sage
315 Post Road West
Westport, Connecticut 06880

Theresa W. Hajost, Esq.
Daniel Blumenthal, Esq.
Halloran & Sage
1730 Pennsylvania Avenue, NW
Suite 800
Washington, D.C. 20006
Attorneys for Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 5, 2007.

_____
DANIEL F. CORRIGAN

645500.w

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|                          |   |                  |
|--------------------------|---|------------------|
| ABC  CORPORATION,        | : | CIVIL ACTION NO. |
|                          | : |                  |
| Petitioner,              | : | **FILED UNDER SEAL** |
|                          | : |                  |
| v.                       | : |                  |
|                          | : |                  |
| XYZ CORPORATION,         | : |                  |
|                          | : |                  |
| Respondent.              | : |                  |

---

## NOTICE OF REMOVAL

---

BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Respondent
GLOBAL Reinsurance Corporation - U.S. Branch