

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

07 CV 6222

ARGONAUT INSURANCE COMPANY -         :   DOCKET NO.
                                     :
         Petitioner,                 :   RULE 7.1 DISCLOSURE
                                     :
- against-                           :   **FILED UNDER SEAL**
                                     :
GLOBAL REINSURANCE CORPORATION -     :
U.S. BRANCH,                         :
                                     :
         Respondent,                 :
_____:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent GLOBAL Reinsurance Corporation - U.S. Branch states that Gerling Konzern Versicherungs Beteiligungs Aktiengesellschaft is the parent corporation of GLOBAL Reinsurance Corporation - U.S. Branch, and that there are no

other parent corporations or publicly held corporations that own 10% or more of its stock.

Dated: July 5, 2007
      Short Hills, New Jersey

                              Respectfully submitted,

                              BUDD LARNER, P.C.
                              11 Penn Plaza - 5th Fl.
                              New York, New York 10001
                              (212) 946-2798

                                  -and-

                              150 John F. Kennedy Parkway
                              Short Hills, New Jersey 07078
                              (973) 379-4800
                              Attorneys for Respondent

                    By: _____
                              Joseph J. Schiavone (JS 7303)
                              Jeffrey S. Leonard (JL 5931)

645386.w

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARGONAUT INSURANCE COMPANY,   :   CIVIL ACTION NO.
                              :
            Petitioner,       :
                              :
        v.                    :
                              :
GLOBAL REINSURANCE            :
CORPORATION - U.S. BRANCH,    :
                              :
            Respondent.       :
------------------------------:

---

RULE 7.1 DISCLOSURE

---

BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Respondent
GLOBAL Reinsurance Corporation - U.S. Branch