# Exhibit I

**Louis Guarino - Global - Argonaut**

| | |
|---|---|
| **From:** | <NANANDED@aol.com> |
| **To:** | <Jschiavone@budd-larner.com>, <hajost@halloran-sage.com> |
| **Date:** | 3/1/2007 10:32:46 AM |
| **Subject:** | Global - Argonaut |
| **CC:** | <deputy@iicil.org> |

Barring mistake or ambiguity, the Panel lacks authority to "clarify" its order.

The majority of the former Panel members have reviewed the order, including the majority and dissenting decisions, and each of us has found that there is no mistake or ambiguity and that the order clearly and accurately states the conclusions reached by the Panel.

Edmond F. Rondepierre
Arthur C. Brotter

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

************************************

AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.