# Exhibit K



# HALLORAN
# &SAGE LLP
### ATTORNEYS AT LAW

THERESA W. HAJOST Direct 202 263-4971 hajost@halloran-sage.com
Admitted in Maryland and Washington, DC

April 11, 2007

**Via Facsimile and Email**

Jeffrey S. Leonard, Esquire
Budd Larner
150 John F. Kennedy Parkway
CN 1000
Short Hills, New Jersey 07078-0999
jleonard@budd-larner.com

   Re: In the Matter of the Arbitration Between Global Reinsurance
      Corp. - U.S. Branch and Argonaut Insurance Company (First Surplus
      Contract and Quota Share Contract)

Dear Mr. Leonard:

  This responds to your letter dated March 14, 2007 to Argonaut Insurance
Company ("Argonaut") and your subsequent letter of March 26, 2007, apparently sent
after you realized that you had incorrectly addressed your March 14, 2007 letter. In
responding to those letters, Argonaut does not waive any arguments with regard to the
effective date of your arbitration demand.

  The "issues" that Global intends to arbitrate are not arbitrable under the
arbitration clauses of the contracts referenced in your letters. Argonaut is appointing an
arbitrator only to preserve its rights and does not waive its right to request that a court
determine whether the "issues" listed by Global are in fact arbitrable.

  Argonaut appoints Paul C. Thomson, III as its arbitrator for this matter in the
event that it proceeds to arbitration. A copy of Mr. Thomson's ARIAS profile is attached
for your convenience.

         Very truly yours,

         Theresa W. Hajost

TWH/tlc

Attachment

Cc: Paul C. Thomson, III

1730 Pennsylvania Ave. NW, Suite 800, Washington, D.C. 20006   202 496-9270   Fax 202 496-9279   www.halloran-sage.com
Washington, D.C. / Hartford / Middletown / Westport

« Previous  |  282 of 321  |  Next »

# Paul C. Thomson III

**Certified Arbitrator**



## Current Employment

Company: **Reassess, Inc.**

Position: Insurance and Reinsurance Consultant - Testimonial and consulting expert - Inspection of record and audit work - Portfolio assessment projects - Commutation and due diligent work

Address: 81 Bay Avenue
Halesite, NY 11743-1206

Phone: 631-673-1243

Fax: 631-547-8419

Email: reassess@verizon.net

Website: **www.reassessinc.com**

Attorney: No

## Previous Employment

Company: **SOREMA North America Reinsurance Company (Included Fulcrum Insurance Company)**

Position: Vice President, Claims Director

## Principal Areas of Insurance/Reinsurance Experience

Claims, contract wording and legal.

## Other Information

Approved Arbitrator - International Association of Insurance Receivers (www.IAIR.org). Approved for consulting and testimonial expert witness and audit work by the Liquidation Bureaus of California, Florida and New York. Curriculum vitae listed with the RAA Arbitrators Directory at www.reinsurancearbitrators.com

**Years of Experience**

**Insurance Company:** 6

**Reinsurance Company:** 12

**Other:** Consultant 12

**Number of Arbitrations**

As an Arbitrator: **83**

As an Umpire: **7**

**Completed Arbitrations (Award Issued)**

As an Arbitrator: **23**

As an Umpire: **2**

**Search Keywords**

**Professional Background**

Case 1:07-cv-06222-SHS    Document 28-12    Filed 07/18/2008    Page 4 of 4

- Claims Department
- Former Insurance Company Officer
- Former Reinsurance Company Officer

**Insurance**          **Reinsurance**

- Excess/Surplus
  Lines
- Architects & Engineers
- Asbestos
- Directors & Officers
- Employment Practices
  Liability
- Environmental/Pollution
- Excess/Surplus Lines
- Workers' Compensation

site by

Ecommerce Solutions, Shopping Cart Software, Web Content
Management, Internet Marketing