# Exhibit L

## BUDD LARNER
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

WRITER'S DIRECT DIAL: (973) 315-4434
WRITER'S DIRECT E-MAIL: jleonard@budd-larner.com

April 26, 2007

BY TELECOPIER AND FIRST CLASS MAIL

Theresa W. Hajost, Esq.
Halloran & Sage, LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

   Re: In the Matter of the Arbitration Between GLOBAL
       Reinsurance Corp. - U.S. Branch and Argonaut
       Insurance Co.
       First Surplus Contract
       Quota Share Contract

Dear Ms. Hajost:

   GLOBAL Reinsurance Corp. - U.S. Branch hereby appoints Richard L. White as its arbitrator in this matter. A copy of Mr. White's CV from the ARIAS website is enclosed. Mr. White will soon contact your client's appointed arbitrator, Paul Thomson, to commence umpire selection.

                                    Very truly yours,

                                    Jeffrey S. Leonard

JSL:fc
638369-W
cc: Mr. Richard L. White (by E-mail)

« Previous  |  307 of 321  |  Next »



**Richard L. White**
Certified Arbitrator



### Personal Information

Address: 58 Pine Blvd.
Cedar Knolls, NJ 07927

Phone: 973-292-2421

### Current Employment

Company: **Integrity Insurance Company in Liquidation, MIIX Insurance Company in Rehabilitation**

Position: Deputy Liquidator/Deputy Rehabilitator - Responsible for orderly wind-up of the Estate's obligations affecting claims allowance, reinsurance collections and litigation management.

Address: 49 E. Midland Avenue
Paramus, NJ 07652

Phone: 201-261-8938

Fax: 201-262-0249

Email: deputy@iicil.org

Attorney: No

### Previous Employment

Company: **The Resolution Group (a subsidiary of Talegen & Crum & Forster)**

Position: Sr. VP, responsible for establishing financial, systems, and human resources functions for insurance run-off organizations as a result of restructuring plan approved by Insurance Departments of all fifty states.

### Credentials

Certified Public Accountant

### Principal Areas of Insurance/Reinsurance Experience

Financial (Insurance/Reinsurance); Commutation/Collection of Reinsurance; Allocation of Reinsurance.

### Other Information

Investment Income Chapter: Property-Liability Insurance Textbook, The College of Insurance 1984; Mealey's Insurance Insolvency: "Receivership: A Generational Commitment or Expeditious Solution," June 1, 1996; Mealey's Insurance Insolvency: "Aggiornamento: A Tonic for Insolvencies", October 10, 1996; Mealey's Insurance Insolvency: "Truncation and Reinsurer Objections," May 7, 1997; Best's Review: What Am I Bid? - "An Endgame for Receiverships;" Mealey's Environmental Conference: "Insolvency Clause - 'The Emperor's Old Clothes," November, 1997. Mealey's Litigation Reports: "Reinsurance; Alternatives to Estimation of Claims and Acceleration of Reinsurance Recoverables," May 6, 1999. Mealey's Insurance Insolvency Conference: "Early Closing of Insolvent Insurers." Outsourcing to Guarantee Associations, May 2-3, 1999. Mealey's Reinsurance: "Me Judice" (under nom de plume Pollux), March 17, 2005.

### Years of Experience

**Insurance Company:** 13

**Reinsurance Company:** 2

**Other:** Insolvency for 11 years

### Number of Arbitrations

As an Arbitrator: **24**

As an Umpire: **28**

### Completed Arbitrations (Award Issued)

As an Arbitrator: **12**

As an Umpire: **13**

