# Exhibit M

# HALLORAN & SAGE LLP
### ATTORNEYS AT LAW

THERESA W. HAJOST  Direct 202 263-4971  hajost@halloran-sage.com
Admitted in Maryland and Washington, DC

May 14, 2007

**<u>Via Facsimile and Email</u>**

Jeffrey S. Leonard, Esquire
Budd Larner
150 John F. Kennedy Parkway
CN 1000
Short Hills, New Jersey  07078-0999
jleonard@budd-larner.com

Re:  In the Matter of the Arbitration Between Global Reinsurance Corp. - U.S. Branch and Argonaut Insurance Company (First Surplus Contract and Quota Share Contract)

Dear Mr. Leonard:

I have reviewed your letter appointing Richard White as Global's arbitrator in the captioned matter.  As Mr. White served as Global's arbitrator in the matter for which Global is seeking review, it is improper for Global to also name him in this matter. Additionally, Mr. White may be called as a witness in this matter.  Therefore, Argonaut hereby demands that Global replace Mr. White within thirty (30) days from the date of this letter.  In the event that Global does not replace Mr. White, Argonaut will, consistent with the contract terms, appoint an arbitrator on Global's behalf.

As noted in my letter to you of April 11, 2007, Argonaut does not consider Global's demand to be an arbitrable matter.  Argonaut continues to reserve its right to request that a court determine whether Global's demand is in fact arbitrable.

Very truly yours,

Theresa Hajost /DAB
Theresa W. Hajost

TWH/tlc

Cc: Paul C. Thomson, III

# HALLORAN & SAGE LLP
### ATTORNEYS AT LAW

THERESA W. HAJOST   Direct 202 263-4971   hajost@halloran-sage.com
Admitted in Maryland and Washington, DC

June 15, 2007

**<u>Via Facsimile</u>**

Jeffrey S. Leonard, Esquire
Budd Larner
150 John F. Kennedy Parkway
CN 1000
Short Hills, New Jersey 07078-0999
jleonard@budd-larner.com

    Re:   In the Matter of the Arbitration Between Global Reinsurance Corp. - U.S. Branch and Argonaut Insurance Company (First Surplus Contract and Quota Share Contract)

Dear Mr. Leonard:

    In accordance with my letter of May 14, 2007 demanding that Global replace Richard L. White with an arbitrator appropriate to serve in this matter, and Global's failure to do so, Argonaut is hereby appointing Ronald S. Gass as Global's party-appointed arbitrator herein. Mr. Gass has not been contacted regarding this appointment. For your convenience, I have attached a copy of Mr. Gass' ARIAS profile and have copied him on this letter.

    As noted in my letter to you of April 11, 2007, Argonaut does not consider Global's demand to be an arbitrable matter. Argonaut continues to reserve its right to request that a court determine whether Global's demand is in fact arbitrable.

                         Very truly yours,

                          Theresa W. Hajost

TWH/tlc

Cc:  Ronald S. Gass
       Paul C. Thomson, III

1730 Pennsylvania Ave. NW, Suite 800, Washington, D.C. 20006   202 496-9270   Fax 202 496-9279   www.halloran-sage.com
Washington, D.C. / Hartford / Middletown / Westport



**Ronald S. Gass**
**ARIAS·U.S. Umpire**



### Current Employment

Company: **The Gass Company, Inc.**

Position: President - Consultant providing dispute resolution services as an umpire and arbitrator to the reinsurance and insurance industry.

Address: 59 Ravenwood Drive
Weston, CT 06883-1410

Phone: 203-227-9431

Fax: 212-208-3003

Email: rgass@gassco.com

Website: **www.gassco.com**

Attorney: Yes

### Previous Employment

Company: **XL Reinsurance America Inc. (formerly NAC Reinsurance Corporation)**

Position: Vice President and Associate General Counsel - Extensive reinsurance business experience in a broad range of issues including reinsurance contract wordings and interpretation; MGA transactions and disputes; retrocessionaire collections and disputes; reinsurance arbitrations, litigation and mediation; surety reinsurance; aviation reinsurance; commutations; receiverships and rehabilitations; setoffs; and technology; and U.S. economic sanctions-related coverage disputes

Company: **American Insurance Association**

Position: Associate General Counsel and Corporate Secretary - Extensive experience in business issues and litigation involving ceded reinsurance, property and catastrophe insurance, medical professional liability insurance, and insurance antitrust law

### Years of Experience

**Insurance Company:** 2

**Reinsurance Company:** 8

**Other:**
- Arbitrator and umpire 5
- American Insurance Association 7
- Assistant Attorney General, MD 3
- Law firm 2
- Total legal experience 27

### Number of Arbitrations

As an Arbitrator: **76**

As an Umpire: **13**

As Counsel: **6**

### Completed Arbitrations (Award Issued)

As an Arbitrator: **21**

As an Umpire: **6**

### Number of Mediations

As Counsel: **2**

Company: **Medical Mutual Liability Insurance Society of Maryland**

Position: General Counsel, Assistant Vice President and Secretary - Extensive experience in occurrence and claims-made medical professional liability insurance

Company: **Office of the Maryland Attorney General**

Position: Assistant Attorney General - Administrative hearings counsel to various state health care practitioner licensure and disciplinary agencies

Company: **Venable, Baetjer and Howard**

Position: Associate - Practice concentrating in hospital and health care law

**Credentials**

Education: B.A., Duke University - 1973; M.A., U. of Chicago - 1975; J.D., U. of Maryland School of Law - 1979; Mediation Workshop, Harvard Law School - Program of Instruction for Lawyers – 2004; Admitted in Connecticut and Maryland; Admitted before the U.S. District Court for the District of Maryland

**Principal Areas of Insurance/Reinsurance Experience**

Extensive experience in a broad range of business issues including reinsurance contract wordings and interpretation; reinsurance collections; MGA transactions and disputes; coverage disputes involving various lines of business including property and catastrophe insurance, surety reinsurance, aviation reinsurance, general liability and medical malpractice liability insurance, technology, and U.S. economic sanctions; reinsurance arbitration, litigation and mediations; commutations; reinsurance intermediary disputes and E&O issues; receiverships and rehabilitations; and setoffs. Participated as counsel in 5 arbitrations and 2 mediations.

**Other Information**

Vice-Chair of the American Bar Association Tort Trial and Insurance Practice Section's Excess, Surplus Lines and Reinsurance Committee. For publications, see my web site at www.gassco.com

http://www.arias-us.org/arbitrators.cfm?app=umpires&id=67

**Search Keywords**

**Professional Background**

- Attorney
- Legal Department
- Former Insurance Company Officer
- Former Reinsurance Company Officer

| Insurance | Reinsurance |
|---|---|
| - Contract Wording<br>- Professional Liability/Errors & Ommissions | - Asbestos<br>- Aviation<br>- Commercial Liability<br>- Commercial Property<br>- Commutations<br>- Contract Wording<br>- Environmental/Pollution<br>- Excess/Surplus Lines<br>- Facultative<br>- Fidelity & Surety<br>- MGA/MGU<br>- Ocean Marine<br>- Personal Lines<br>- Product Liability<br>- Professional Liability/Errors & Ommissions<br>- Receivership<br>- Treaty<br>- Workers' Compensation |

site by
Ecommerce Solutions, Shopping Cart Software, Web Content Management, Internet Marketing

http://www.arias-us.org/arbitrators.cfm?app=umpires&id=67