UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In the Matter of the Arbitration Between: | Docket No. 07 CV 6222(SHS) |
| Argonaut Insurance Company, | |
| Petitioner, | |
| | DECLARATION OF DAVID RAMOS VERIFYING COUNTER-PETITION |
| - against - | TO CONFIRM ARBITRAL AWARD AND FOR RELIEF IN AID OF |
| GLOBAL Reinsurance Corporation - U.S. Branch, | ARBITRATION |
| | **FILED UNDER SEAL** |
| Respondent/ Counter-Petitioner, | |
| - against - | |
| Argonaut Insurance Company and Ronald S. Gass, | |
| Respondents on Counter-Petition | |

_____

I, DAVID RAMOS, declare the following to be true under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am Vice-President, Director of Reinsurance, of GLOBAL Reinsurance Corporation – U.S. Branch ("Global").

2. The factual allegations contained in Global's Counter-Petition to Confirm Arbitral Award and For Relief in Aid

of Arbitration are true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2007.

_____
DAVID RAMOS

646395.w