UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the                : Docket No. 07 CV 6222(SHS)
Arbitration Between                 :
                                    :
Argonaut Insurance Company,         :
                                    :
            Petitioner,             : NOTICE OF DISMISSAL OF
                                    : RONALD S. GASS WITHOUT
- against -                         : PREJUDICE
                                    :
GLOBAL Reinsurance Corporation      :
- U.S. Branch,                      :
                                    : **FILED UNDER SEAL**
            Respondent/             :
            Counter-Petitioner,     :
                                    :
- against -                         :
                                    :
Argonaut Insurance Company and      :
Ronald S. Gass,                     :
                                    :
            Respondents on          :
            Counter-Petition.       :
                                    :

---

PLEASE TAKE NOTICE that Respondent/Counter-Petitioner GLOBAL Reinsurance Corporation - U.S. Branch hereby voluntarily dismisses its claims in this action against Counter-Petition Respondent Ronald S. Gass without prejudice or costs, pursuant

to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

Dated:    July 24, 2007
          Short Hills, New Jersey

                                    BUDD LARNER, P.C.
                                    150 John F. Kennedy Parkway
                                    Short Hills, New Jersey 07078
                                    (973) 379-4800
                                    Attorneys for Respondent/
                                    Counter-Petitioner
                                    GLOBAL Reinsurance
                                    Corporation - U.S. Branch

                            BY: _____
                                    Joseph J. Schiavone (JS 7303)
                                    Jeffrey S. Leonard (JL 5931)

647387w