UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In the Matter of the Arbitration Between<br><br>Argonaut Insurance Company,<br><br>   Petitioner,<br><br>- against -<br><br>GLOBAL Reinsurance Corporation - U.S. Branch,<br><br>   Respondent/<br>   Counter-Petitioner,<br><br>- against -<br><br>Argonaut Insurance Company and Ronald S. Gass,<br><br>   Respondents on<br>   Counter-Petition. | Docket No. 07 CV 6222(SHS)<br><br><br>CERTIFICATE OF SERVICE<br><br>**FILED UNDER SEAL** |

  I, DANIEL F. CORRIGAN, certify that a true and correct copy of the Notice of Dismissal of Ronald S. Gass Without Prejudice was served on counsel for the Petitioner, Argonaut Insurance Company, and on the Respondent on the Counter-Petition, Ronald S. Gass, by E-mail and 1st Class Mail on July 24, 2007, as follows:

| | |
|---|---|
| Dan E. Labelle, Esq.<br>Thomas E. Brennan, Esq.<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Connecticut 06880<br>brennan@halloran-sage.com<br>labelle@halloran-sage.com | Theresa W. Hajost, Esq.<br>Daniel Blumenthal, Esq.<br>Halloran & Sage, LLP<br>1730 Pennsylvania Ave., N.W.<br>Suite 800<br>Washington, DC 20006<br>hajost@halloran-sage.com<br>blumenthal@halloran-sage.com |

Ronald S. Gass
59 Ravenwood Dr.

Weston, CT 06883-1410
rgass@gassco.com

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2007.

                                                   DANIEL F. CORRIGAN

647371.w