UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>ARGONAUT INSURANCE COMPANY,<br><br>    Petitioner,<br><br>- against -<br><br>GLOBAL REINSURANCE CORPORATION - U.S. Branch,<br><br>    Respondent/<br>    Counter-Petitioner,<br><br>- against -<br><br>ARGONAUT INSURANCE COMPANY,<br><br>    Respondent on<br>    Counter-Petition. | Docket No. 07 CV 6222(SHS)<br><br>**FILED UNDER SEAL** |

## NOTICE OF MOTION TO REMAND

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Dan E. LaBelle and Petitioner's supporting Memorandum of law, Petitioner Argonaut Insurance Company ("Argonaut") will move this Court, before the Honorable Sidney H. Stein, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel may be heard, pursuant to 28 U.S.C. § 1447, for an order remanding the above-captioned case back to the Supreme Court of New York, New York County, from which it was removed.

CERTIFICATION OF SERVICE

       This is to certify that the foregoing Motion to Remand was sent, via FedEx, on this 3rd day of August, 2007, to the following counsel of record:

Joseph J. Schiavone, Esq.
Jeffrey S. Leonard, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

                                        Dan E. LaBelle

1020590-1(HSFP)

1015985

Dated:    Westport, CT
          August 3, 2007

                        HALLORAN & SAGE LLP

                        */s/ Dan E. LaBelle*

Dan E. LaBelle, DL2779
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT  06880
(T)    (203) 227-2855
(F)    (203) 227-6992
labelle@halloran-sage.com

*Of counsel:*
Theresa W. Hajost
Daniel A. Blumenthal
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
(T)    (202) 496-9270
(F)    (202) 496-9279

Counsel for Defendant Argonaut
   Insurance Company