UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of the Arbitration Between | * * * | Docket No. 07 CV 6222(SHS) |
| ARGONAUT INSURANCE COMPANY, | * * | |
| Petitioner, | * * | **FILED UNDER SEAL** |
| - against - | * * | |
| GLOBAL REINSURANCE CORPORATION - U.S. Branch, | * * * | |
| Respondent/ Counter-Petitioner, | * * * | |
| - against - | * * | |
| ARGONAUT INSURANCE COMPANY AND RONALD S. GASS, | * * * | |
| Respondents on Counter-Petition. | * * * | |

## APPEARANCE

Please enter my appearance as attorney for the Petitioner **ARGONAUT**

**INSURANCE COMPANY** in the above-entitled case.

Respectfully Submitted,

By _____
Dan E. LaBelle, DL2779
HALLORAN & SAGE LLP
Fed. Bar #ct01984
315 Post Road West
Westport, CT 06880
E-mail: labelle@halloran-sage.com
(203) 227-2855

Counsel for Petitioner Argonaut
Insurance Company

Of Counsel:


*Of counsel:*
Theresa W. Hajost
Michael J. Noonan, 4198297
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
(T)    (202) 496-9270
(F)    (202) 496-9279

1016268

## CERTIFICATION OF SERVICE

    This is to certify that the foregoing Appearance was mailed, by U.S. Mail, First Class Postage Prepaid on this 24th day of July, 2007, to the following counsel of record:

Joseph J. Schiavone, Esq.
Jeffrey S. Leonard, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

_____
Dan E. LaBelle

1016268