UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the
Arbitration Between

Argonaut Insurance Company,

    Petitioner/
    Respondent on
    Counter Petition,

- against -

GLOBAL Reinsurance Corporation
- U.S. Branch,

    Respondent/
    Counter-Petitioner.

Docket No. 07 CV 6222(SHS)

NOTICE OF MOTION OF GLOBAL REINSURANCE CORP. - U.S. BRANCH FOR ADMISSION <u>PRO HAC VICE</u> OF VIRGINIA A. PALLOTTO

**FILED UNDER SEAL**

---

**PLEASE TAKE NOTICE**, that upon the annexed Affidavits of Jeffrey S. Leonard, Esq. and Virginia A. Pallotto, Esq. in support of this motion, Respondent GLOBAL Reinsurance Corporation - U.S. Branch, will move this Court before the Honorable Sidney H. Stein, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the applicant, Virginia A. Pallotto, Esq., who is a member in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania, as evidenced by the Certificates of Good Standing annexed to said applicant's Affidavit, to be admitted as attorney <u>pro hac vice</u> to argue or try this case in whole and/or in part as counsel for Respondent. There are no

pending disciplinary proceedings against the applicant in any State or Federal Court.

Dated:  August 23, 2007
        New York, New York

                                               AVERIM STAVSKY (AS 5238)
                                               JEFFREY S. LEONARD (JL 5931)
                                               BUDD LARNER, P.C.
                                               Attorneys for GLOBAL
                                                 Reinsurance Corporation –
                                               U.S. Branch
                                             150 John F. Kennedy Parkway
                                             Short Hills, New Jersey 07078
                                             (973) 379-4800

647663