UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>Argonaut Insurance Company,<br><br>      Petitioner/<br>      Respondent on<br>      Counter Petition,<br><br>- against -<br><br>GLOBAL Reinsurance Corporation - U.S. Branch,<br><br>      Respondent/<br>      Counter-Petitioner. | Docket No. 07 CV 6222(SHS)<br><br>AFFIDAVIT OF JEFFREY S. LEONARD IN SUPPORT OF THE MOTION TO ADMIT VIRGINIA A. PALLOTTO PRO HAC VICE<br><br>**FILED UNDER SEAL** |

STATE OF NEW JERSEY    )
                               ) ss:
COUNTY OF ESSEX       )

      JEFFREY S. LEONARD, being duly sworn, deposes and says:

      1.  I am an attorney admitted to the bar of the State of New York and to practice in this District and I am a shareholder in the firm of Budd Larner, P.C., attorneys for Respondent, GLOBAL Reinsurance Corporation – U.S. Branch ("Global"). I submit this affidavit pursuant to Local Rule 1.3(c) in support of the application for an order granting Virginia A. Pallotto pro hac vice admission to this Court to act as counsel for Global in this action.

2. Virginia A. Pallotto is a shareholder in the firm of Budd Larner, P.C. She was admitted to the Bars of the State of New Jersey and Commonwealth of Pennsylvania in 1986. She is also admitted to practice before the United States Court of Appeals for the Third Circuit, the United States District Court for the District of New Jersey, and the Eastern District of Pennsylvania.

3. Ms. Pallotto is familiar with the facts and circumstances underlying the disputes between the parties and it is Global's desire that Ms. Pallotto be admitted to this Court _pro hac vice_ to assist me and other attorneys in this firm in the representation of Global.

4. I have known Ms. Pallotto since 2000 and have found her to be a skilled attorney and a person of integrity.

5. I respectfully submit a proposed order granting the admission _pro hac vice_ of Virginia A. Pallotto.

JEFFREY S. LEONARD

Sworn to and subscribed before me this 10th day of August 2007.

_____
Notary Public
647689

MARY JUDE BISHOP
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/19/2008