UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>Argonaut Insurance Company,<br><br>　　　　Petitioner/<br>　　　　Respondent on<br>　　　　Counter Petition,<br><br>- against -<br><br>GLOBAL Reinsurance Corporation - U.S. Branch,<br><br>　　　　Respondent/<br>　　　　Counter-Petitioner. | Docket No. 07 CV 6222 (SHS)<br><br>AFFIDAVIT OF VIRGINIA A. PALLOTTO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE<br><br>**FILED UNDER SEAL** |

STATE OF NEW JERSEY　)
　　　　　　　　　　) ss:
COUNTY OF ESSEX　　　)

　　　VIRGINIA A. PALLOTTO, of full age, being duly sworn upon his oath, according to law, deposes and says:

　　　1.　I am a shareholder of the law firm of Budd Larner, P.C., attorneys for Respondent, GLOBAL Reinsurance Corporation - U.S. Branch, in this case.

　　　2.　I submit this Affidavit in support of the motion for my admission pro hac vice to represent Respondent in this matter.

　　　3.　As shown in the Certificates of Good Standing annexed hereto collectively as Exhibit A, I am an attorney at law admitted to the Bars of the State of New Jersey and the Commonwealth of Pennsylvania since 1986.

4. I am also admitted to practice before the United States Court of Appeals for the Third Circuit, the United States District Court for the District of New Jersey, and the Eastern District of Pennsylvania.

5. I have practiced law continuously since my admission in the State of New Jersey and Commonwealth of Pennsylvania in 1986. I have never been the subject of a disciplinary proceeding of any nature.

6. My firm has represented Respondent in connection with this matter since the inception of the case. Respondent has requested that I appear, with the Court's permission, as its attorney with Jeffrey S. Leonard, Esq. and other attorneys of Budd Larner, P.C. who are members of the bar of this Court.

7. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case.

                                                            *[signature]*

VIRGINIA A. PALLOTTO
BUDD LARNER, P.C.
Attorneys for GLOBAL Reinsurance
Corporation - U.S. Branch
150 John F. Kennedy Parkway
Short Hills, NJ  07078
(973) 379-4800

Sworn to and subscribed before
me this 9th day of August, 2007.

*[signature]*
Notary Public
647687

MARY JUDE BISHOP
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/19/2008

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **VIRGINIA A PALLOTTO** (No. **015321986**) was constituted and appointed an Attorney at Law of New Jersey on **December 22, 1986** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **August**, 20 **07**

Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Virginia A. Pallotto, Esq.*

**DATE OF ADMISSION**

*November 17, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 31, 2007

Patricia A. Johnson
Chief Clerk