F

JUDGE KAPLAN

**06 CV 1304**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL Reinsurance Corporation - : Docket No.
U.S. Branch :
 :
        Plaintiff, : COMPLAINT FOR INJUNCTIVE
 : RELIEF
- against- :
 :
Argonaut Insurance Company, :
 :
        Defendant. :
 :

---

Plaintiff GLOBAL Reinsurance Corporation - U.S. Branch ("Global"), by its attorneys, Budd Larner, P.C., as and for its Complaint seeking injunctive relief against Defendant Argonaut Insurance Company ("Argonaut"), states as follows:

### Nature of the Action

1.

REDACTED

### The Parties, Jurisdiction and Venue

2. Global is a branch of a foreign reinsurance company organized under the laws of Germany, with its principal place of business in Cologne, Germany. It is authorized to write certain

insurance and reinsurance in New York, and it maintains a place of business in New York, New York.

3.

REDACTED

4. The Court has jurisdiction over this matter pursuant to 9 U.S.C. §§201-203, 28 U.S.C. §1331. Global and Argonaut entered into a series of retrocessional reinsurance contracts, which constitute commercial agreements between a citizen of a foreign country and a citizen of the United States. The arbitration clause contained in the contracts provides for arbitration to take place in New York, New York. Germany and the United States are signatories to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. §201 et seq.

5. In addition, this Court has subject matter jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. §1332(a). There is complete diversity between Global and Argonaut, and the amount in controversy in this action exceeds the sum of $75,000.

6.

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Dated:   Short Hills, New Jersey
         February 16, 2006

>                            BUDD LARNER, P.C.
>                            150 John F. Kennedy Parkway
>                            Short Hills, New Jersey 07078
>                            (973) 379-4800
>                            Attorneys for Petitioner
>                              GLOBAL Reinsurance
>                              Corporation - U.S. Branch
>
>                            BY: _____
>                                Joseph J. Schiavone (JS 7303)
>                                Jeffrey S. Leonard (JL 5931)
>                                Nahum A. Kianovsky (NK 5784)

585745.w

G

Case 1:07-cv-06222-SHS   Document 50-3   Filed 07/18/2008   Page 12 of 15



# GLOBAL
### REINSURANCE COMPANY

HOME    GROUP    NETWORK    SERVICES    ANNUAL REPORTS    PRESS    CON





+++ COLOGNE COMMUTATIONS RENDEZ-VOUS - click for more information +++ +++ European Run-Of

### Australia
GLOBAL Life Reinsurance Company of Australia Pty. Ltd.
Gerling House
44 Pitt Street
AUS- Sydney NSW 2000
Tel.: +61 2 92 51 8055
Fax: +61 2 92 41 3437
Contact person: Chris Old
E-Mail: chris.old@ggl.com.au

top

### Barbados
GLOBAL International Reinsurance Company Ltd.
Building No. 2, Ground Floor
Chelston Park, Collymore Rock
St. Michael
Barbados, W.I.
Tel.: +1 246 228 1411
Fax: +1 246 228 1457
Contact person: Manoj Karnani
E-Mail: mmkarnani@ggir.com

top

### Canada
GLOBAL Reinsurance Company
Suite 1400
480 University Avenue
CAD- Toronto, Ontario, M5G 1V2
Tel.: +1 416 598 4688
Fax: +1 416 598 9244
Contact person: Mike McConnell
E-Mail: Mike.McConnell@globalre.ca

top

### France
GLOBALE Rückversicherungs-AG,
Direction pour la France
31, rue Jean Giraudoux
F- 75116 Paris
Tel.: +33 1 40 67 21 00
Fax: +33 1 45 00 30 75
Contact person: Ralph Bünger
E-Mail: ralph.bunger@globalre.com

top

### Germany
GLOBALE Rückversicherungs-AG
Im Mediapark 4b
D- 50670 Cologne
Tel.: +49 221 2889 0
Fax: +49 221 2889 407

top

### Italy
GLOBALE Rückversicherungs-AG,
Rappresentanza Generale per l´Italia
Via A. Appiani 12
I- 20121 Milan
Tel.: +39 02 63 614 1
Fax: +39 02 63 614 310
Contact person: Franco Monza
E-Mail: franco.monza@globalre.com

top

**Malaysia**
GLOBAL Reinsurance Company
Malaysia Branch
Level 29, Wisma Goldhill
67, Jalan Raja Chulan
MAL- 50200 Kuala Lumpur
Tel.: +60 3 2039 2929
Fax: +60 3 2039 2900
Contact person: Alan Chong
E-Mail: alan.chong@globalre.com

top

**Spain**
GLOBALE Rück
Sucursal en España
C/. Marques de Cubas, 25 5° Planta
E-28014 Madrid
Tel.: +34 91 360 1030
Fax: +34 91 429 5412
Contact person: Ignacio Dominguez
E-Mail: ignacio.dominguez@globalre.com

top

**Switzerland**
GLOBALE Rückversicherungs-AG
Industriestr. 18
CH-6301 Zug
Tel.: +41 41 726 2626
Fax: +41 41 726 2627
Contact person: Michael Meyer
E-Mail: michael.meyer@globalre.com

top

**United Kingdom**
GLOBAL General and Reinsurance Company Ltd.
GLOBAL General and Reinsurance Services Ltd.
50 Fenchurch Street
London
EC3M 3JY
Tel.: +44 20 7173 3300
Fax: +44 20 7173 3301
Contact person: Maik Wandres
E-Mail: Maik.Wandres@globalre.uk.com

top

**USA**
GLOBAL Reinsurance Corporation of America
20th Floor
1345 Avenue of the Americas
New York, N.Y. 10105
USA
Tel.: +1 212 754 7500
Fax: +1 212 821 0498
Contact person: Bard E. Bunaes
E-Mail: mailto:bard_bunaes@ggrca.com

top