UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of the<br>Arbitration Between | * <br> * <br> * | Docket No. 07 CV 6222(SHS) |
| ARGONAUT INSURANCE COMPANY, | * <br> * | |
| Petitioner, | * <br> * | |
| - against - | * <br> * | **FILED UNDER SEAL** |
| GLOBAL REINSURANCE CORPORATION<br>- U.S. Branch, | * <br> * <br> * | |
| Respondent/<br>Counter-Petitioner, | * <br> * <br> * | |
| - against - | * <br> * | |
| ARGONAUT INSURANCE COMPANY, | * <br> * | |
| Respondent on<br>Counter-Petition. | * <br> * <br> * | |

## ARGONAUT INSURANCE COMPANY'S
## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Argonaut Insurance Company ("Argonaut") files this amended corporate disclosure statement due to recent corporate changes with respect to Argonaut's parent company. The undersigned counsel hereby certifies that Argonaut is a subsidiary of Argo Group International Holdings, Ltd.. Argo Group International Holdings, Ltd. is a publicly traded company and no other publicly traded company owns more than ten percent of its stock.

Dated:      Westport, CT
            September 21, 2007

HALLORAN & SAGE LLP

Dan E. LaBelle, DL2779
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT  06880
(T)    (203) 227-2855
(F)    (203) 227-6992
labelle@halloran-sage.com
Counsel for Defendant Argonaut
    Insurance Company

*Of counsel:*
Theresa W. Hajost
Daniel A. Blumenthal
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
(T)    (202) 496-9270
(F)    (202) 496-9279

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2007, a copy of the foregoing Updated Rule 7.1 Notice was forwarded, postage pre-paid, via First Class mail, and via e-mail to the following:

Jeffrey S. Leonard, Esquire
Joseph J. Schiavone, Esquire
Budd Larner
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ  07078-0999
*Counsel for Global Reinsurance Corporation – U.S. Branch*

Dan E. LaBelle  2779
HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT  06880
(T)    (203) 227-2855
(F)    (203) 227-6992
email:  labelle@halloran-sage.com
*Counsel for Argonaut Insurance Company*

1043883-1(HSFP)