UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between: | : |
| ARGONAUT INSURANCE COMPANY, | : Civil Action No. 07 cv 6222(SHS) |
| Petitioner, | : |
| -against- | : |
| GLOBAL REINSURANCE CORPORATION – U.S. BRANCH, | : **FILED UNDER SEAL** |
| Respondent/Counter-Petitioner, | : |
| -against- | : |
| ARGONAUT INSURANCE COMPANY, | : |
| Respondent on Counter-Petition | : |

DECLARATION OF SERVICE

BUDD LARNER, P.C.
150 John F. Kennedy Parkway, CN 1000
Short Hills, New Jersey 07078-0999
(973) 379-4800
Attorneys for Respondent
GLOBAL Reinsurance Corporation –
U.S. Branch

I hereby declare under penalty of perjury that on October 5, 2007, I caused the original Sur-Reply Memorandum of Law of Respondent GLOBAL Reinsurance Corporation - U.S. Branch In Opposition to Petitioner's Motion to Remand to be filed under seal with the Clerk's Office at Room 270, Daniel Patrick Moynihan Federal Courthouse, 500 Pearl Street, New York, NY 10007. Copies of these documents were served electronically and by overnight delivery on counsel for Petitioner Argonaut Insurance Company. Courtesy copies of these documents were also delivered by hand to the chambers of the Hon. Sidney H. Stein, U.S.D.J.

Dated:   October 5, 2007
         Short Hills, New Jersey

                              BUDD LARNER, P.C.
                              150 John F. Kennedy Parkway
                              Short Hills, New Jersey 07078
                              (973) 379-4800
                              Attorneys for Respondent/Counter-
                                 Petitioner GLOBAL Reinsurance
                                 Corporation - U.S. Branch

                         BY:  _____
                              Ivan V. Miletic (IM 9922)

654876w